## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JANE G. CHARLES,

        Plaintiff,

v.                                     Case No.  3:20-cv-341-J-34PDB

UNDERHILL STAFFING HEALTH
SERVICE,

        Defendant.

_____

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 25; Report) entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on January 28, 2021.  In the Report, Judge Barksdale recommends that Defendant's Motion to Dismiss, or in the Alternative, for a More Definite Statement (Dkt. No. 13) be granted; Plaintiff's motion to strike be denied; the case be dismissed with prejudice; and the case be closed.  See Report at 51-52.  Plaintiff filed objections to the Report.  See Plaintiff Jane G. Charles' Objection to Report and Recommendation (Dkt. No. 26; Objections).  She also filed a document titled Motion Opposing Report and Recommendation and Exhibits to be Considered (Dkt. No. 27; Supplemental Objections), which the Court construes as supplemental objections.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon review of the Objections and the Supplemental Objections, it is apparent that Plaintiff continues to disagree with the Magistrate Judge's analysis and recommended conclusion.  However, she fails to identify any factual or legal error presented in the Report.  As such, the Objections and Supplemental Objections are due to be overruled.

Having independently reviewed the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED**:

1. Plaintiff Jane G. Charles' Objection to Report and Recommendation (Dkt. No. 26) and Motion Opposing Report and Recommendation and Exhibits to be Considered (Dkt. No. 27) are **OVERRULED**.

2. The Report and Recommendation (Dkt. No. 25) is **ADOPTED** as the opinion of the Court.

3. Defendant's Motion to Dismiss, or in the Alternative, for a More Definite Statement (Dkt. No. 13) is **GRANTED**.

4. Plaintiff's motion to strike the motion to dismiss contained within her response (Dkt. No. 18) is **DENIED**.

5. This case is **DISMISSED with prejudice**.

6. The Clerk of the Court is directed to terminate any pending motions and close the file.

   **DONE AND ORDERED** at Jacksonville, Florida, this 8th day of March, 2021.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

Jane G. Charles
7147 Old Kings Road S.
Apt. K-81
Jacksonville, FL 32217

3